IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CINDY SMITH ALLEN, et al.,** | ] |
| | ] |
| **Plaintiffs,** | ] |
| | ] |
| v. | ]   Civil Action No.: 1:08-cv-01094 (EGS) |
| | ]   Next Event: |
| **ELI LILLY AND COMPANY,** | ] |
| | ] |
| **Defendant.** | ] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, CINDY SMITH ALLEN, WILLIE EDWARD ALLEN, JR., and CLINT EDWARD ALLEN, in the above-referenced matter.

    Respectfully submitted,

    AARON M. LEVINE & ASSOCIATES


    /s/ Renee L. Robinson-Meyer
    RENEE L. ROBINSON-MEYER, #455375
    1320 19th Street, N.W., Suite 500
    Washington, DC  20036
    202-833-8040
    Fax: 202-833-8046